## JAMES MAY *versus* GIDEON J. LEET.

JOURNAL ENTRIES (1825): *Journal 4:* (1) Rule to return certiorari or show cause against attachment *p. 4; (2) rule to assign errors, or judgment *p. 21; (3) rule for further return to certiorari *p. 22; (4) judgment *p. 58.
PAPERS IN FILE: (1) Precipe for certiorari; (2) affidavit and petition for certiorari, allocatur; (3) writ of certiorari and return; (4) motion for rule on J. P. to make return; (5) motion for rule to assign errors; (6) motion for rule on J. P. to amend return; (7) amended return; (8) joinder in error.
*1824–36 Calendar*, MS p. 93. Recorded in *Book C*, MS pp. 45–50.